ACCEPTED
04-15-00165-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/3/2015 8:27:57 AM
KEITH HOTTLE
CLERK

## NO. 04-15-00165-CR; 04-15-00166-CR; 04-15-00167-CR; 04-15-00168-CR; 04-15-00169-CR; 04-15-00170-CR

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
08/03/2015 8:27:57 AM
KEITH E. HOTTLE
Clerk

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** |
| | § | |
| **VS.** | § | **FOURTH COURT** |
| | § | |
| **RICHARD BRUCE** | § | **OF APPEALS** |
| **DEBENEDETTO** | § | |

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Richard Bruce DeBenedetto, Appellant in the above styled and numbered causes, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.    This case is on appeal from the 216th Judicial District Court of Kerr County, Texas.

2.    The cases below were styled the State of Texas vs. Richard Bruce DeBenedetto, and numbered A-14-81, A-14-82, A-14-83, A-14-84, A-14-85 and A-14-86.

3. Appellant was convicted of Prescription Fraud in all causes.

4. Appellant was assessed a sentence of 6 years on February 26, 2015.

5. Notice of appeal was given on March 13, 2015.

6. The clerk's record was filed on June 17, 2015; the reporter's record was filed on June 15, 2015.

7. The appellate brief is presently due on August 17, 2015.

8. Appellant requests an extension of time of 30 days from the present due date, i.e. September 16, 2015.

9. The Appellant has received one 30 day extension to file the brief in this cause.

10. Defendant is currently free on bond.

11. Appellant relies on the following facts as good cause for the requested extension:

   a. the appeal involves six trial causes spanning over two sets of indictments. Attorney for Appellant will require additional time to properly brief the issues for appeal.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

The Law Office of Patrick O'Fiel, P.C.
The Schreiner Building
200 Earl Garrett, Ste. 206
Kerrville, Texas 78028
Tel: (830) 792-5291
Fax: (830) 257-9852

By:_____
Patrick O'Fiel
State Bar No. 24034606
patrick@ofiellaw.com
Attorney for Richard Bruce DeBenedetto

## CERTIFICATE OF SERVICE

This is to certify that on August 3, 2015, a true and correct copy of the above and foregoing document was served on the 216th District Attorney's Office by electronic service through the Electronic Filing Manager.

_____
Patrick O'Fiel

STATE OF TEXAS            §
                                      §
                                      §
COUNTY OF KERR       §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared

Patrick O'Fiel, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and

entitled cause. I have read the foregoing Motion To Extend Time to

File Appellant's Brief and swear that all of the allegations of fact

contained therein are true and correct."

 

Patrick O'Fiel
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on the 3rd day of

August_____, 2015, to certify which witness my hand and seal of

office.

SUSAN S GREEN
Notary Public, State of Texas
My Commission Expires
April 29, 2018

Notary Public, State of Texas

---